UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENDERSON GARRIS,

        Petitioner,

v.                                     Case No. 1:05-cv-209

CINDI S. CURTIN,                   Hon. Wendell A. Miles

        Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Petitioner, Henderson Garris, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On February 11, 2008, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation ("R & R") recommending that Petitioner's petition for writ of habeas corpus be denied as the claims either lack merit or are procedurally defaulted.

      Petitioner was advised of his right to file objections to the R & R.  The time for filing objections to the R & R under Federal Rule of Civil Procedure 72(b) has expired, and no objections have been filed.  After reviewing the R & R, the court agrees with the reasoning and recommended disposition.

      Accordingly, the court ADOPTS the Magistrate Judge's Report & Recommendation (docket. #26), and DENIES the Petition for Writ of Habeas Corpus (docket. # 1).

So ordered this 7th day of March, 2008.

                                                /s/ Wendell A. Miles
                                               Wendell A. Miles
                                               Senior U.S. District Judge